**EXHIBIT 3**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

April 23, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *547,130* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.


REGISTERED FOR A TERM OF *20 YEARS FROM*  *August 28, 1951*
*3rd* RENEWAL FOR A TERM OF *10 YEARS FROM*  *August 28, 2001*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *GILLETTE CANADA COMPANY.*
  *A NOVA SCOTIA CORPORATION*




By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS


N. WOODSON
Certifying Officer

**Registered Aug. 28, 1951**

**Registration No. 547,130**

### PRINCIPAL REGISTER
### Trade-Mark

# UNITED  STATES  PATENT  OFFICE

Oral B Company, Santa Clara, Calif.

Act of 1946

Application December 28, 1949, Serial No. 582,675

# *Oral B*

### STATEMENT

Oral B Company, a firm domiciled in Santa Clara, California, doing business at 1373 Idaho Street, Santa Clara, California, and composed of the following members: Robert W. Hutson, Paul R. Bahr, and John Murphy, all citizens of the United States, has adopted and is using the trade-mark shown in the accompanying drawing, for TOOTHBRUSHES, in Class 29, Brooms, brushes, and dusters, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the handle of the brushes by molding it thereon and being printed on a label that is wrapped with the brush in a transparent package, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on January 22, 1949, and first used in commerce among the several States which may lawfully be regulated by Congress on May 19, 1949.

ORAL B COMPANY,
By ROBERT W. HUTSON,
*Partner.*