# EXHIBIT 4



# THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 23, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,106,587 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM  November 21, 1978
1st RENEWAL FOR A TERM OF 10 YEARS FROM  November 21, 1998
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *GILLETTE CANADA COMPANY.*
  *A NOVA SCOTIA CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WOODSON
Certifying Officer

Int. Cl.: 10

Prior U.S. Cl.: 44

**United States Patent and Trademark Office**  Reg. No. 1,106,587
Registered Nov. 21, 1978

## TRADEMARK
Principal Register



Cooper Laboratories, Inc. (Delaware corporation)
1259 Route 46
Parsippany, N.J. 07054

For: DENTAL FLOSS DISPENSERS AND DENTAL FLOSS, in CLASS 10 (U.S. CL. 44).
First use May 2, 1977; in commerce May 2, 1977.
Owner of Reg. Nos. 547,130, 994,348, and 1,032,727.

Ser. No. 131,029, filed June 20, 1977.

M. E. BODSON, Examiner