# EXHIBIT 5



# THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 23, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,197,304* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *June 08, 1982*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *June 08, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *GILLETTE CANADA COMPANY.*
   *A NOVA SCOTIA CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WOODSON
**Certifying Officer**

Int. Cl.: 21

Prior U.S. Cl.: 29

**United States Patent and Trademark Office**

Reg. No. 1,197,304
Registered Jun. 8, 1982

### TRADEMARK
Principal Register



Cooper Laboratories, Inc. (Delaware corporation)
3145 Porter Dr.
Palo Alto, Calif. 94304

For: TOOTHBRUSHES, in CLASS 21 (U.S. Cl. 29).
First use Jun. 15, 1972; in commerce Jun. 15, 1972.
Owner of U.S. Reg. Nos. 547,130, 1,032,727 and 1,106,587.

Ser. No. 305,397, filed Apr. 13, 1981.

C. A. SIDOTI, Primary Examiner