**EXHIBIT 6**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 23, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,501,858* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *August 30, 1988*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *GILLETTE CANADA INC.*
   *A NOVA SCOTIA CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WOODSON
Certifying Officer

Int. Cl.: 5

Prior U.S. Cl.: 18

## United States Patent and Trademark Office

Reg. No. 1,501,858
Registered Aug. 30, 1988

## TRADEMARK
### PRINCIPAL REGISTER

### ORAL-B

GILLETTE CANADA INC. (CANADA CORPORATION), DBA ORAL-B LABORATORIES
ONE LAGOON DRIVE
REDWOOD CITY, CA 94065

FOR: TOPICAL FLUORIDE GELS FOR APPLICATION TO THE TEETH, MEDICATED MOUTHRINSE PREPARATIONS AND DENTAL AMALGAM, IN CLASS 5 (U.S. CL. 18).

FIRST USE 5-31-1981; IN COMMERCE 5-31-1981.

OWNER OF U.S. REG. NOS. 547,130, 1,106,587, AND 1,197,304.

SER. NO. 667,581, FILED 6-22-1987.

MICHELLE S. WISEMAN, EXAMINING ATTORNEY