# EXHIBIT 7



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 23, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,502,069* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *August 30, 1988*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
*GILLETTE CANADA COMPANY, DBA ORAL-B LABORATORIES*
*A NOVA SCOTIA CORP.*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

T. WALLACE
Certifying Officer

Int. Cl.: 10

Prior U.S. Cl.: 44

Reg. No. 1,502,069

United States Patent and Trademark Office   Registered Aug. 30, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## ORAL-B

GILLETTE CANADA INC. (CANADA CORPO-
RATION), DBA ORAL-B LABORATORIES
5450 COTE DE LIESSE ROAD
MONTREAL, QUEBEC, CANADA H4P 1A7

FOR: DENTAL FLOSS AND TRAYS FOR TOPICAL APPLICATION OF FLUORIDE COMPOSITIONS AND OTHER PREPARATIONS TO THE TEETH, IN CLASS 10 (U.S. CL. 44).

FIRST USE 5-2-1977; IN COMMERCE 5-2-1977.

OWNER OF U.S. REG. NOS. 547,130, 1,106,587, AND 1,197,304.

SER. NO. 667,652, FILED 6-22-1987.

MICHELLE S. WISEMAN, EXAMINING ATTORNEY