**EXHIBIT 8**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

### United States Patent and Trademark Office

### April 23, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,502,752* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *September 06, 1988*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *GILLETTE CANADA COMPANY, DBA ORAL - B LABORATORIES*
   *A NOVIA SCOTIA CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*N. Williams*

N. WILLIAMS
Certifying Officer

Int. Cl.: 3

Prior U.S. Cl.: 51

Reg. No. 1,502,752

# United States Patent and Trademark Office

Registered Sep. 6, 1988

## TRADEMARK
## PRINCIPAL REGISTER

## ORAL-B

GILLETTE CANADA INC. (CANADA CORPO-
RATION) DBA ORAL-B LABORATORIES
5450 COTE DE LIESSE ROAD
MONTREAL, QUEBEC, CANADA H4P 1A7

FOR: TOOTHPASTE AND DENTAL PRO-
PHYLAXIS PREPARATION IN CLASS 3 (U.S.
CL. 51).

FIRST USE: 5-31-1942; IN COMMERCE
5-31-1942.

OWNER OF U.S. REG. NOS. 367,230; 1,106,587;
AND 1,197,304.

SER. NO. 667,364, FILED 6-19-1987.

MICHELLE S. WISEMAN, EXAMINING AT-
TORNEY