**EXHIBIT 9**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 23, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,084,928 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM July 29, 1997
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   GILLETTE CANADA COMPANY, DBA ORAL - B LABORATORIES
   A NOVIA SCOTIA CORPORATION

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WILLIAMS
Certifying Officer

Int. Cl.: 10

Prior U.S. Cls.: 26, 39, and 44

Reg. No. 2,084,928

**United States Patent and Trademark Office**   Registered July 29, 1997

## TRADEMARK
### PRINCIPAL REGISTER

### ORAL-B

GILLETTE CANADA INC. (CANADA CORPORATION), DBA ORAL-B LABORATORIES, 16700 TRANS CANADA KIRKLAND, QUEBEC H9H 4Y3, CANADA

FOR: PROPHY ANGLES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 12-0-1995; IN COMMERCE 12-0-1995.

OWNER OF U.S. REG. NOS. 1,106,587, 1,502,069, AND 1,608,762.

SN 75-059,034, FILED 2-16-1996.

RONALD MCMORROW, EXAMINING ATTORNEY