**EXHIBIT 10**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 23, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,608,762* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *August 07, 1990*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM *August 07, 2000*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *GILLETTE CANADA COMPANY,*
  *A NOVA SCOTIA CORPORATION*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

N. WOODSON
Certifying Officer

Int. Cls.: 3, 5, 10 and 21

Prior U.S. Cls.: 18, 29, 44, 51 and 52

**United States Patent and Trademark Office**  Reg. No. 1,608,762
Registered Aug. 7, 1990

## TRADEMARK
### PRINCIPAL REGISTER



GILLETTE CANADA INC. (CANADA CORPORATION), DBA ORAL-B LABORATORIES
ONE LAGOON DRIVE
REDWOOD CITY, CA 94065

FOR: DENTIFRICE; DENTAL PROPHYLAXIS PREPARATIONS - NAMELY, NON-MEDICATED MOUTHWASH, IN CLASS 3 (U.S. CLS. 51 AND 52).
FIRST USE 3-24-1986; IN COMMERCE 3-24-1986.

FOR: MEDICATED MOUTH RINSE PREPARATION, TOPICAL FLUORIDE GELS FOR APPLICATION TO THE TEETH, DENTAL AMALGAM, IN CLASS 5 (U.S. CLS. 18 AND 44).
FIRST USE 9-24-1986; IN COMMERCE 9-24-1986.

FOR: DENTAL FLOSS, DISPOSABLE TRAYS FOR TOPICAL APPLICATION OF DENTAL MEDICATIONS, IN CLASS 10 (U.S. CL. 44).
FIRST USE 9-24-1986; IN COMMERCE 9-24-1986.

FOR: TOOTHBRUSHES, DENTURE BRUSHES, INTERDENTAL BRUSHES, IN CLASS 21 (U.S. CL. 29).
FIRST USE 5-16-1986; IN COMMERCE 5-16-1986.

OWNER OF U.S. REG. NOS. 547,130, 1,548,836 AND OTHERS.

SER. NO. 74-006,393, FILED 11-30-1989.

DEMETRA MILLS, EXAMINING ATTORNEY