UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GILLETTE CANADA COMPANY,
d/b/a ORAL-B LABORATORIES,
4 Robert Speck Parkway
Mississauga, Ontario L4Z 4C5
CANADA,

    Plaintiff/Appellant,

v.

Civil Case No. _____

ROBIN RESEARCH LABORATORIES, INC.,
1248 Greene Avenue,
Westmount, Quebec H3Z 2A3
CANADA,

    Defendant/Appellee.

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for GILLETTE CANADA COMPANY certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of GILLETTE CANADA COMPANY in the United States which have outstanding securities in the hands of the public:

1) The Gillette Company

2) The Procter & Gamble Company (is in the process of finalizing the acquisition of The Gillette Company, the completion of the acquisition is imminent.)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*

Signature

445801
BAR IDENTIFICATION NO.

Ruffin B. Cordell
Print Name

Fish & Richardson P.C.
Address

1425 K Street, N.W.
Address

Washington, D.C.  20005
City           State     Zip Code

202-783-5070
Phone Number

2