IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILLETTE CANADA COMPANY,<br>d/b/a ORAL-B LABORATORIES,<br>4 Robert Speck Parkway<br>Mississauga, Ontario L4Z 4C5<br>CANADA<br><br>                    Plaintiff/Appellant,<br><br>     v.<br><br>ROBIN RESEARCH LABORATORIES, INC.,<br>1248 Greene Avenue,<br>Westmount, Quebec H3Z 2A3<br>CANADA,<br>                    Defendant/Appellee. | CASE NUMBER:  1:05CV01559<br><br>JUDGE:  John D. Bates<br><br>DECK TYPE:  General Civil<br><br>DATE STAMP: 12/21/2005 |

## NOTICE OF PROOF OF SERVICE

Pursuant to this Court's December 15, 2005 Order Directing Completion of Service of Process, please take notice that on the 29th day of November, 2005, Defendant, Robin Research Laboratories, Inc. was served with the summons and complaint by leaving a copy with Charles Attias, Vice-President of Robins Research Laboratories, Inc.  A copy of the AFFIDAVIT OF SERVICE is attached hereto as Exhibit 1.

Respectfully submitted,

Date: <u>December 22, 2005</u>     By: <u>/s/ Ruffin B. Cordell</u>

Ruffin B. Cordell (D.C. Bar # 445801)
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Tel: (202) 783-5070
Fax: (202) 783-2331

<u>Of Counsel</u>:
Cynthia Johnson Walden, Esq.
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Tel: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Plaintiff,
GILLETTE CANADA COMPANY.
d/b/a ORAL-B LABORATORIES

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing document have been served upon all counsel of record on December 22, 2005, as identified below:

VIA EMAIL and U.S. MAIL

David J. Ervin
Collier Shannon Scott, PLLC
3050 K Street, NW, Suite 400
Washington, D.C. 20007
202.342.8436 - direct
202.342.8451 - fax
dervin@colliershannon.com

                                                 /s/ Ruffin B. Cordell
                                                 Ruffin B. Cordell