UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

GILLETTE CANADA COMPANY,
d/b/a ORAL-B LABORATORIES,
                     Plaintiff           CASE NUMBER 1:05CV01559

v.

ROBIN RESEARCH LABORATORIES INC.
                     Defendant

### AFFIDAVIT OF SERVICE

I, BENEDETTO DELLA SERRA in the City of MONTREAL in the Province of Quebec, make oath and say:

1. On , November 29th, 2005, at approximately 16:30 a.m./p.m. I served Robin Research Laboratories Inc. with the Civil Cover Sheet, Complaint, Exhibits 1-10, Consent to Proceed Before A United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before A United States Magistrate Judge, Initial Electronic Case Filing Order, Attorney/Participant Registration Form by leaving a copy with an adult person who identified himself/herself as CHARLES ATTIAS, who indicated his/her Title or Position is VICE-PRESIDENT, at 5593 Pare Street, Town of Mount Royal, in Montreal, Quebec. ALSO AN ATTEMPT WAS MADE ON THE 25TH OF NOVEMBER 2005 AT 14:50PM AT THE BUSINESS ADRESS 1248 GREENE AVENUE WESTMOUNT QUEBEC.

2. I was able to identify the person by means of his/her verbal admission to me to being an adult person in care and control of the Defendant Company and authorized to accept legal documents on their behalf.

3. I make this affidavit for no improper purpose. I am not a party to this action.

Sworn before me at the City

of MONTREAL

in the Province

of Quebec

on DECEMBER 15TH, 2005

_____
A Notary Public

Me Igor Pryszlak
Notaire – Notary
Title Attorney
10 Notre-Dame E. # 500
Montréal, QC (Canada)
H2Y 1B7

_____
(Signature of deponent)

MY COMMISSION IS FOR LIFETIME.

