UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GILLETTE CANADA CO.,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBIN RESEARCH LABS., INC.,**<br><br>Defendant. | Civil Action No. 05-1559 (JDB) |

**ORDER**

Defendant's response to the complaint was due on December 19, 2005. No response has been filed to date. Accordingly, it is hereby ORDERED that plaintiff shall file, by affidavit or otherwise, a notice of default consistent with Fed. R. Civ. P. 55(a) by not later than February 3, 2006.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/    John D. Bates
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:   January 26, 2006

Copies to:

Ruffin B. Cordell
FISH & RICHARDSON, P.C.
1425 K Street, NW
11th Floor
Washington, DC 20005-3500
(202) 783-5070
Fax: (202) 783-2331
Email: cordell@fr.com
　　　*Counsel for Plaintiff*