IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GILLETTE CANADA COMPANY, d/b/a ORAL-B LABORATORIES, | Case Number: 1:05CV1559 |
| Plaintiff, | Judge: Hon. John D. Bates |
| v. | Deck Type: General Civil |
| ROBIN RESEARCH LABORATORIES, INC., | Date Stamp: 02/02/2006 |
| Defendant. |  |

## NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff GILLETTE CANADA COMPANY, d/b/a ORAL-B LABORATORIES hereby dismisses its claims against Defendant ROBIN RESEARCH LABORATORIES, INC. in the above-captioned action, without prejudice. This notice of dismissal is being filed before service of Defendant's answer.

Dated:  February 2, 2006                         Respectfully submitted,


                                                 By:  /s/ Ruffin B. Cordell

                                                 Ruffin B. Cordell (D.C. Bar # 445801)
                                                 FISH & RICHARDSON P.C.
                                                 1425 K Street, N.W., 11th Floor
                                                 Washington, D.C. 20005
                                                 Tel: (202) 783-5070
                                                 Fax: (202) 783-2331


Of Counsel:
Cynthia Johnson Walden
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Tel: (617) 542-5070
Fax: (617) 542-8906


                                                 Attorneys for Plaintiff,
                                                 GILLETTE CANADA COMPANY,
                                                 d/b/a ORAL-B LABORATORIES

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing documents have been served upon all counsel of record on February 2, 2006, as identified below:

VIA EMAIL and U.S. MAIL

David J. Ervin
Collier Shannon Scott, PLLC
3050 K Street, NW, Suite 400
Washington, D.C. 20007
202.342.8436 – direct
202.342.8451 – fax
dervin@colliershannon.com

/s/ Ruffin B. Cordell____
Ruffin B. Cordell