IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILLETTE CANADA COMPANY, d/b/a ORAL-B LABORATORIES, | Case Number: 1:05CV1559 |
| Plaintiff, | Judge: Hon. John D. Bates |
| v. | Deck Type: General Civil |
| ROBIN RESEARCH LABORATORIES, INC., | Date Stamp: 02/02/2006 |
| Defendant. | |

**PROPOSED ORDER**

It is hereby ORDERED that Plaintiff GILLETTE CANADA COMPANY, d/b/a ORAL-B LABORATORIES claims in the above-captioned action, are DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge